# Third District Court of Appeal
## State of Florida

Opinion filed June 4, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D26-0577
Lower Tribunal No. F09-19928-C

_____


**Christopher Jackson,**
Appellant,

vs.

**State of Florida,**
Appellee.


An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Ramiro C. Areces, Judge.

Christopher Jackson, in proper person.

James Uthmeier, Attorney General, for appellee.


Before FERNANDEZ, MILLER and LOBREE, JJ.

PER CURIAM.

Affirmed.